# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: July 6, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CR-04-098-HE |
| | ) | |
| WILLIAM RAY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER**:

      At docket call Defendant Johnson moved for a continuance of his trial to allow the filing of a petition for certiorari with the United States Supreme Court.[1] The motion, which was unopposed by the government, was granted and the case was continued to the court's **November, 2005**, trial docket. *See* 18 U.S.C. § 3161(h)(1)(E). The continuance is, however, contingent on the defendant's execution of a waiver of his speedy trial rights within **seven (7) days**.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.

                                          **Robert D. Dennis, Clerk of Court**

                                          **By:**   **s/Janet Wright**
                                                       **Deputy Clerk**

Copies to all parties of record

---

[1] *The petition pertains to the defendant's motion to suppress.*